IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY ZABALA-ZORILLA | : CIVIL ACTION |
| | : |
| v. | : NO. 19-544 |
| | : |
| TAMMY FERGUSON, *et al.* | : |

## ORDER

AND NOW, this 31st day of March 2023, upon considering Petitioner's Motion to vacate (ECF Doc. No. 70), the Response (ECF Doc. No. 71), and for reasons in today's accompanying Memorandum, it is **ORDERED** Petitioner's Motion to vacate (ECF Doc. No. 70) is **DENIED**.

_____
KEARNEY, J.